No. 746.   JAMES ET AL. *v.* UNITED STATES; and

No. 851.   HUTCHINS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Jack Wasserman* and *Michel A. Maroun* for petitioners in No. 746, and *Murry L. Randall* for petitioner in No. 851. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Sidney M. Glazer* for the United States in both cases. Reported below: 416 F. 2d 467.

No. 845.   YOKUM *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Jerome M. Feit* for the United States.

No. 852.   STERNMAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Gerald Walpin* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Jerome M. Feit,* and *Roger A. Pauley* for the United States.

No. 853.   FEDERAL TRADE COMMISSION *v.* COLUMBIA BROADCASTING SYSTEM, INC., ET AL. C. A. 7th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General McLaren, Deputy Solicitor General Friedman,* and *Howard E. Shapiro* for petitioner. *Asa D. Sokolow, Renee J. Roberts,* and *Earl E. Pollock* for respondents

No. 858.   DOWNES *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied. *Samuel W. Barr* for petitioner. *Frank J. Kelley,* Attorney General of Michigan, and *Robert A. Derengoski,* Solicitor General, for respondent.

No. 860.   BROWN *v.* LAMB ET AL. C. A. D. C. Cir. Certiorari denied. *Russell Morton Brown,* petitioner, *pro se. J. Edward Goff* for respondents